## STATEMENT OF FACTS

On Sunday, September 29, 2019 at approximately 5:12 p.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Gun Recovery Unit (GRU) were on patrol in the 400 block of 51st Street Northeast in Washington, D.C.  The officers were traveling in an unmarked police vehicle and wearing casual attire with police identifiers.  The officers observed a group of individuals congregating on the sidewalk. Officers observed an individual later identified as Toney Carpenter (Defendant Carpenter) pick up a bike from the sidewalk and get on it. Defendant Carpenter was wearing a cross body satchel over his right shoulder.

Officer Choi exited his vehicle and attempted to speak with Defendant Carpenter. Defendant Carpenter got off of the bicycle and took unprovoked flight on foot. Officer Choi pursued Defendant Carpenter, never losing sight. Officer Choi observed Defendant Carpenter remove the satchel from his person and throw it into the sewer in the 400 block of 51st Street Northeast. Officer Painten also observed the defendant remove the satchel and put it in the sewer, and she secured the sewer area while Officer Choi continued to pursue Defendant Carpenter on foot. Defendant Carpenter was apprehended by Officer Joseph in the rear alley of the 400 block of 51st Street Northeast.

Sergeant Jaquez, using equipment from the District of Columbia Fire Department, was able to recover the black satchel thrown by Defendant Carpenter into the sewer. The satchel was opened by Officer Hodges and a silver firearm was recovered from inside the satchel. Defendant Carpenter was placed under arrest.

The firearm recovered was determined to be a silver in color Para-Ordance Inc, Model PARA-CCW .45 caliber semi-automatic handgun with serial number P102625. The firearm was loaded with one (1) round in the chamber and (5) rounds and (3) blank cartridges in the magazine.

A criminal history check of Defendant Carpenter through the National Crime Information Center confirmed that the defendant has prior felony convictions in the Superior Court for the District of Columbia for Carrying a Pistol without a License, docket number 2011 CF2 14480 and for Armed Robbery, docket number 2013 CF2 10489. These crimes are both punishable by more than one year in the District of Columbia.  There are no firearms manufactured in the District of Columbia.

_____
DETECTIVE KIRK DEL PO
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF SEPTEMBER, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE